UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN B. BORDAS,

    Petitioner,

v().                                         Case No. 6:11-cv-1321-Orl-19KRS
                                              (6:98-cr-135-Orl-19KRS)

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Although this case appears to be an action for habeas corpus relief pursuant to 28 U.S.C. section 2255, Petitioner previously filed a section 2255 motion, *see* case number 6:00-cv-917-Orl-19KRS, which was dismissed by the Court on August 27, 2001. It appears that Petitioner is actually seeking to file a second or successive section 2255 motion, and he has submitted the appropriate form requesting such relief. For this reason, the Clerk of the Court is directed to submit Petitioner's application for leave to file a second or successive section 2255 motion and any attachments to the Eleventh Circuit Court of Appeals for review, and this case is hereby dismissed without prejudice to allow Petitioner the opportunity to seek authorization from the Eleventh Circuit Court of Appeals.

Accordingly, it is now **ORDERED AND ADJUDGED**:

1.      This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court is directed to close this case and to send Petitioner's application for leave to file a second or successive section 2255 motion, along with any attachments, to the Eleventh Circuit Court of Appeals.

**DONE AND ORDERED** at Orlando, Florida, this __15__ day of August, 2011.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
OrlP-2 8/15
Juan Bordas